UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    -v.-

BRAYAN VASQUEZ,
   a/k/a "Eduardo Dionisio Vasquez-Villalta,"
   a/k/a "Roberto Moreno,"

                      Defendant.

- - - - - - - - - - - - - - - - - - - -x

INDICTMENT

08-Cr.

**08 CRIM 631**

## COUNT ONE

The Grand Jury charges:

From in or about April 2008, up to and including June 22, 2008, in the Southern District of New York and elsewhere, BRAYAN VASQUEZ, a/k/a "Eduardo Dionisio Vasquez-Villalta," a/k/a "Roberto Moreno," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter and was found in the United States, after having been removed from the United States, on or about December 6, 2005, subsequent to a conviction for the commission of a felony, to wit, a conviction on or about September 20, 2005, in County Court of the State of New York, Nassau County, for attempted burglary in the second degree, in violation of New York State Penal Law 140.25, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(1).)

_/s/ Angela Lun_                                 _/s/ Michael J. Garcia_
FOREPERSON                                  MICHAEL J. GARCIA
                                                     United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

BRAYAN VASQUEZ,
a/k/a "Eduardo Dionisio Vasquez-Villalta"
a/k/a "Roberto Moreno,"

Defendant.

---

**INDICTMENT**

08 Cr.

(8 U.S.C. § 1326(a) & (b)(1).)

---

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

---

Post-It 11/1/87 -    7/9/08 - Fld. Indictment, case assigned to Judge Koeltl.

Eaton, J. U.S.M.J.