UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

BRAYAN VASQUEZ,
       Defendant.
-------------------------------------------------------------X

08 cr 631 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

 The parties are directed to appear for a conference on **Friday, July 25, 2008 at 10:00am** before the Honorable John G. Koeltl.

 The Court prospectively excludes the time from today until **July 25, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

               _____
               JOHN G. KOELTL
               UNITED STATES DISTRICT JUDGE

Dated: New York, New York
    July 15, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2008