```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-28-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -                                         08 Cr. 631 (JGK)

BRAYAN VASQUEZ,                                     SPEEDY TRIAL ORDER

              Defendant.

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **August 22, 2008 at 2:30 p.m.**

Because an adjournment is needed to allow the defendant to review discovery, to allow defense counsel time to decide what motions, if any, will be made, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **July 25, 2008,** until **August 22, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
           July 25, 2008

                                      John G. Koeltl
                                      United States District Judge